Reset Form

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

Sierra Club )
　　　　　　　　　　　　　　　　) Case No: 21-cv-04644
　　　　　　　　　Plaintiff(s), )
　　　　　　　　　　　　　　　　) **APPLICATION FOR**
　　v.　　　　　　　　　　　　) **ADMISSION OF ATTORNEY**
　　　　　　　　　　　　　　　　) **PRO HAC VICE**
The Coca-Cola Company and )　(CIVIL LOCAL RULE 11-3)
Bluetriton Brands, Inc. )
　　　　　　　　　Defendant(s). )

　　I, Steven A. Zalesin, an active member in good standing of the bar of New York Supreme Court, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: The Coca-Cola Company in the above-entitled action. My local co-counsel in this case is Gary T. Lafayette, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| Patterson Belknap, 1133 Avenue of the Americas, New York, NY 10036 | Lafayette & Kumagai LLP, 1300 Clay Street, Suite 810, Oakland, CA 94612 |
| MY TELEPHONE # OF RECORD: | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: |
| (212) 336-2110 | (415) 357-4600 |
| MY EMAIL ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: |
| sazalesin@pbwt.com | glafayette@lkclaw.com |

　　I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 2070134.

　　A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

　　I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

　　*I declare under penalty of perjury that the foregoing is true and correct*.

Dated: 07/13/21

　　　　　　　　　　　　　　　　　　　　　　　　Steven A. Zalesin
　　　　　　　　　　　　　　　　　　　　　　　　　　APPLICANT

---

# ORDER GRANTING APPLICATION
# FOR ADMISSION OF ATTORNEY PRO HAC VICE

　　IT IS HEREBY ORDERED THAT the application of Steven A. Zalesin is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: July 16, 2021

　　　　　　　　　　　　　　　　　　　　　　　　[Signature: W. H. Orrick]
　　　　　　　　　　　　　　　　　　　　GRANTED — Judge William H. Orrick
　　　　　　　　　　　　　UNITED STATES DISTRICT/MAGISTRATE JUDGE

PRO HAC VICE APPLICATION & ORDER　　　　　　　　　　　　　　　　　October 2012